UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CORENA,<br><br>        Plaintiff,<br><br>   v.<br><br>RODRIGUEZ, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01025-LJO-EPG (PC)<br><br>ORDER REQUIRING RESPONSE TO MOTION TO COMPEL<br><br>(ECF NO. 39) |

Jorge Corena ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 25, 2018, the Court held an Initial Scheduling Conference ("Conference").

After the conference, in order to facilitate the identification of Doe defendants (the deadline for which is September 28, 2018 (ECF No. 38, p. 5)), the Court ordered that:

> No later than July 27, 2018, defendant Rodriguez shall either: 1) provide to Plaintiff copies of the log books from CCI Level 3, Yard C, Housing Unit 2, from July 8, 2014, through July 16, 2014; or 2) file an objection with the Court to providing copies of the log books. Defendant Rodriguez may redact the names of all employees in the log books except for those who are parties (or proposed parties) to this case. If defendant Rodriguez chooses to redact the log books, he must make unredacted versions available to Plaintiff to inspect. If no log books are found, defendant Rodriguez shall inform Plaintiff that a search was conducted, and that no log books were found.

1

> ...
>
> No later than July 27, 2018, defendant Rodriguez shall either: 1) provide to Plaintiff the medical ledger from CCI, Level 3 Yard, Medical Building, that includes the dates of July 9, 2014, through July 15, 2014; or 2) file an objection with the Court to providing the medical ledger. Defendant Rodriguez may redact the names of all employees in the medical ledger except for those who are parties (or proposed parties) to this case. If defendant Rodriguez chooses to redact the medical ledger, he must make an unredacted version available to Plaintiff to inspect. If no medical ledger is found, defendant Rodriguez shall inform Plaintiff that a search was conducted, and that no medical ledger was found.

(ECF No. 37, pgs. 2-3).

On August 27, 2018, Plaintiff filed a "notice to court failure to produce log books as ordered" (ECF No. 39), which the Court construes as a motion to compel. According to Plaintiff, he was not allowed to inspect the log books until August 1, 2018. Additionally, Plaintiff believes that he was only allowed to inspect photograph copies of the log books, and that contrary to the Court's order, information was missing.

Because Plaintiff has alleged that defense counsel has failed to comply with the Court's order, the Court will require defense counsel to file a response within seven days.

Accordingly, IT IS ORDERED that defense counsel has seven days from the date of service of this order to file a response to Plaintiff's motion to compel.

IT IS SO ORDERED.

Dated: **August 28, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE