# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CORENA,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 1:16-cv-01025-LJO-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR LEAVE TO LODGE DOCUMENTARY SUPPORT FOR *IN CAMERA* REVIEW<br><br>(ECF NO. 44) |

On September 10, 2018, Defendant filed an *ex parte* application for leave to lodge documentary support for *in camera* review (ECF No. 44) in anticipation of the hearing / status conference scheduled for September 17, 2018 at 1:30 p.m. Having considered the application, and good cause appearing, the Court **GRANTS** Defendant's *ex parte* application. Accordingly, Defendant shall electronically lodge his documentary support, both in its redacted and unredacted forms, by emailing it to the Court at epgorders@caed.uscourts.gov for *in camera* review, and file a notice on the docket indicating the documentary support has been lodged with the Court.

IT IS SO ORDERED.

Dated: **September 11, 2018**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE