UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CORENA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01025-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR COURT TO FORWARD DOCUMENTS<br><br>(ECF NO. 49) |

Jorge Corena ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 11, 2018, Plaintiff filed a request for the Court to "forward a copy of my exhausted and administrative remedies prior to filling [sic] this lawsuit" to the Attorney General. (ECF No. 49).

Plaintiff's request will be denied. The Court is not a depository for Plaintiff's documents, and it does not forward documents on behalf of parties. However, the Court notes that Defendant's counsel received an electric copy of the documents attached to Plaintiff's request when the request was filed.

///

1

Accordingly, IT IS ORDERED that Plaintiff's request for the Court to forward documents is DENIED.

IT IS SO ORDERED.

Dated:  **October 16, 2018**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE