UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CORENA,<br><br>    Plaintiff,<br><br>    v.<br><br>RODRIGUEZ, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01025-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF. NOS. 70 & 73) |

    Jorge Corena ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding on his Second Amended Complaint (ECF No. 14), on his claims against defendants Rodriguez, Cerveza, and Doe for excessive force in violation of the Eighth Amendment, against the Doe defendant for failure to protect in violation of the Eighth Amendment, and against defendants Rodriguez and Doe for retaliation in violation of the First Amendment. (ECF No. 26). The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 4, 2019, Plaintiff filed a motion for a preliminary injunction. (ECF No. 70). On January 9, 2019, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending "that Plaintiff's motion for a preliminary injunction be DENIED, without prejudice to Plaintiff filing a separate action based on his allegations in the Motion and seeking injunctive relief in that case." (ECF No. 73, p. 3).

    The parties were provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed, and none of the parties have

objected or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on January 9, 2019, are ADOPTED in full; and
2. Plaintiff's motion for a preliminary injunction is DENIED, without prejudice to Plaintiff filing a separate action based on his allegations in the motion and seeking injunctive relief in that case.

IT IS SO ORDERED.

Dated: **February 14, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE