UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CORENA,<br>　　　　　Plaintiff,<br><br>v.<br><br>RODRIGUEZ, et al.,<br>　　　　　Defendants. | Case No. 1:16-cv-01025-LJO-EPG  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **JORGE CORENA, CDC# AI-8181**, PLAINTIFF<br><br>DATE: March 27, 2019<br>TIME:  11:00 a.m. |

　　　　Jorge Corena, inmate, CDC #AI-8181, a necessary and material witness for Plaintiff in proceedings in this case on March 27, 2019, is confined at California Substance Abuse Treatment Facility, 900 Quebec Ave., Corcoran, CA 93212, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the Warden to produce the inmate in Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, on March 27, 2019, at 11:00 a.m.

　　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of California Substance Abuse Treatment Facility**

　　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this hearing shall accompany the inmate to the hearing.**

///
///
///

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __March 7, 2019__                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

