UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CORENA,<br><br>   Plaintiff,<br><br> v.<br><br>RODRIGUEZ, et al.,<br><br>   Defendants. | Case No. 1:16-cv-01025-LJO-EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THAT THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF NO. 84)<br><br>**As to Jorge Corena, #AI-8181** |

  An evidentiary hearing in this case commenced on March 27, 2019, at 11:00 a.m., and plaintiff Jorge Corena, inmate, has given testimony before the Court. Inmate witness **Jorge Corena, #AI-8181**, is no longer needed by the Court as a witness in these proceedings, and the Writ of Habeas Corpus Ad Testificandum as to this inmate, issued on March 7, 2019, is HEREBY DISCHARGED.

IT IS SO ORDERED.

 Dated: **March 27, 2019**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE