# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CORENA,<br><br>        Plaintiff,<br><br>    v.<br><br>RODRIGUEZ, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01025-LJO-EPG (PC)<br><br>ORDER REQUIRING SETTLEMENT CONFERENCE AND DIRECTING DEFENSE COUNSEL TO CONTACT ADR COORDINATOR |

      Jorge Corena ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

      As the dispositive motion deadline has passed (see ECF No. 87) and the case is proceeding against at least one defendant, the Court will require the parties to participate in a settlement conference before the telephonic trial confirmation hearing.

      Accordingly, IT IS ORDRED that:

1. The parties shall participate in a settlement conference; and
2. Defense counsel shall promptly contact Alternate Dispute Resolution Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference. The settlement conference must occur prior to the telephonic trial confirmation hearing (which is currently set on September 19, 2019).

IT IS SO ORDERED.

   Dated: __May 16, 2019__                  /s/ *Erica P. Grosjean*
                                                               UNITED STATES MAGISTRATE JUDGE