IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE CORENA,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**RODRIGUEZ,**<br><br>　　　　　　　　　　Defendant. | Case No. 1:16-cv-01025-LJO-EPG<br><br>**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**<br><br>(ECF No. 100, 99) |

　　The Court has before it Defendant's Motion to Modify the Scheduling Order. (ECF No. 100.) In the motion, Defendant requests that the scheduling order be modified to grant an extension of the May 31, 2019, deadline to serve expert witness reports. Defendant's counsel states that he conferred with Plaintiff and Plaintiff indicated that he does not plan to oppose the motion. (ECF No. 100 at 8.) Based on the representations of counsel, the Court finds good cause for granting the requested extension of time. Accordingly,

　　IT IS ORDERED that the May 31, 2019 deadline to serve expert witness reports is extended to June 21, 2019. The rebuttal expert disclosure deadline is now July 26, 2019, and the expert discovery cutoff is August 19, 2019. In light of the granting of the extension of time, the ex parte application (ECF No. 99) is denied as moot.

IT IS SO ORDERED.

　　Dated:　**May 23, 2019**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1